IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:07CV250-C

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>THREE BURMESE STATUES, )<br>)<br>Defendant. )<br>)<br>) | **ORDER ALLOWING<br>TEMPORARY STAY** |

**THIS MATTER** is before the Court on the pro se Claimant's "Motion to Stay" (document #7) filed October 15, 2007, in which the pro se Claimant, Ronald C. Morgan, informs the Court that he will be out of the country from October 24, 2007 through December 4, 2007 due to "an obligation to assist others dependent on his aid," and requests that this matter be temporarily stayed until after December 4, 2007.

In its "Reply to Motion to Stay" (document #8) filed October 22, 2007, the Plaintiff states that it has no objection to Mr. Morgan's temporary unavailability or to his Motion.

Accordingly, the Claimant's Motion will be granted.

**NOW, THEREFORE, IT IS ORDERED:**

1. The pro se Claimant's "Motion to Stay" (document #7) is **GRANTED** and this matter is temporarily **STAYED** through December 5, 2007.

2. The Clerk of Court is directed to send copies of this Order to counsel for the Plaintiff; to the pro se Claimant, that is, Ronald C. Morgan, 4610 Cherryhill Lane, Winston-Salem, NC 27106; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED.**

Signed: October 22, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge